# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 15, 2025

Lyle W. Cayce
Clerk

No. 22-50183

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MICHAEL MEDINA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:05-CR-39-1

## ON REMAND FROM
## THE SUPREME COURT OF THE UNITED STATES

Before ELROD, *Chief Judge*, and JONES and BARKSDALE, *Circuit Judges*.

PER CURIAM:[*]

This case is remanded to the district court for further consideration in light of *Hewitt v. United States*, 606 U.S. ____ (2025).

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.



**Certified as a true copy and issued
as the mandate on Aug 15, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**